**Kelvin GOULD, Plaintiff—Appellant,**

**v.**

**NEWPORT NEWS CIRCUIT COURT; Office of the Public Defender for the City of Newport News, Virginia; Alexander Levy; Brian Keeley; Oldric J.**

Labell, Jr.; Robert N. Pritchard; Alexandria Chun; Aaron M. Thornton, Detective, Newport News Police Department; Aundria D. Foster, Circuit Court Judge; Artisha K. Todd, Assistant District Attorney; Reynold Jordan, Jr., Social Worker; Linda Faircloth, Social Worker; Edward W. Webb, Public Defender; Peter S. Economou, Chief Deputy Public Defender; David B. Olson, VSB No. 03662, Law Offices; Jeffrey C. Rountree, Attorney at Law, Defendants—Appellees.

No. 08–8437.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 9, 2009.

Kelvin Gould, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gould v. Newport News Circuit Ct.,* No. 2:08–cv–00465–JBF–FBS (E.D.Va. Nov. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*